**William Jackson SALES,
Plaintiff-Appellant,**

v.

**Davy FOSTER, Defendant-Appellee.**

No. 01–6000.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 4, 2001.

William Jackson Sales, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Jackson Sales, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2000) complaint under 28 U.S.C.A. § 1915A (West Supp.2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *Sales v. Foster,* No. CA–00–163–5–MU (W.D.N.C. filed Dec. 5, 2000; entered Dec. 9, 2000). We deny Sales' motion to amend his complaint. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*